Colin L. Clark, Esq. (Ariz. Bar No. 33457)
**LAW OFFICES OF SCOTT M. CLARK, P.C.**
4222 E. Thomas Rd., Ste. 230
Phoenix, Arizona 85018
(602) 957-7877 [Tel]
(602) 957-7876 [Fax]
www.scottclarklaw.com
colin@scottclarklaw.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Jennifer Saint Patrick,** | Case No. **2:22-cv-00462-DLR** |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Assigned to the Hon. Douglas L. Rayes |
| **RH1 San Norterra, LLC; Mark-Taylor Residential, Inc.; Logen Watts; and Tracy Mendoza** | |
| Defendants. | |

PLEASE TAKE NOTICE that the Law Offices of Scott M. Clark, P.C., by Colin L. Clark, Esq., hereby enters its appearance on behalf of Defendants **RHI 1 SAN NORTERRA, LLC, MARK-TAYLOR RESIDENTIAL, INC., LOGEN WATTS, and TRACY MENDOZA** for all further proceedings in the above-captioned matter.

RESPECTFULLY SUBMITTED THIS DATE, the 11th of April 20 22,

**LAW OFFICES OF SCOTT M. CLARK, P.C.**

By _____
Colin L. Clark, Esq.
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Douglas M. Imperi, Jr.
Dessaules Law Group
5343 N. 16th St., Ste. 200
Phoenix, Arizona 85016
dimperi@dessauleslaw.com
Attorney for Plaintiff

By: _____