# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Saint Patrick,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RHI 1 San Norterra LLC, et al.,<br><br>　　　　　Defendants. | No. CV-22-00462-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 69), and good cause appearing;

**IT IS ORDERED** that the parties' stipulated motion is GRANTED. This matter is hereby dismissed with prejudice. The Clerk of the Court is directed to **terminate** this action.

Dated this 17th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　United States District Judge